The People of the State of Illinois, defendant in error, v. Frances Brouay, plaintiff in error.    Gen. No. 7,903.

Prosecution for violation of Prohibition Act.    Verdict of guilty; judgment and sentence thereon.    Error to the County Court of Christian county; the Hon. C. J. Vogelsang, Judge, presiding.    Heard in this court at the October term, 1925.    Reversed and remanded. Opinion filed December 31, 1925.

H. B. Hershey, for plaintiff in error.    Carl H. Preihs, State's Attorney, and W. S. Greer, Assistant State's Attorney, for defendant in error.

Mr. Justice Crow delivered the opinion of the court.

---

Town of Prairieton, appellee, v. Frank Wooters, appellant.    Gen. No. 7,915.

Prosecution for obstruction of public highway.    Conviction, judgment and sentence.    Appeal from the Circuit Court of Christian county; the Hon. F. R. Dove, Judge, presiding.    Heard in this court at the October term, 1925.    Reversed.    Opinion filed December 31, 1925.

Hogan & Reese, James Vause, Jr., and S. S. Clapper, for appellant. R. W. Adams and H. B. Hershey, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

The First National Bank of Monticello, appellant, v. John W. Dubson, appellee.    Gen. No. 7,918.

Action on judgment note.    Judgment for defendant.    Appeal from the Circuit Court of Piatt county; the Hon. Geo. A. Sentel, Judge, presiding.    Heard in this court at the October term, 1925.    Reversed. Opinion filed December 31, 1925.

Shonkwiler & Firke, for appellant.    W. A. Doss, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

Rebecca Jones, appellee, v. Sarah Dlugo, appellant.    Gen. No. 7,943.

Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding.    Heard in this court at the October term, 1925.    Affirmed for insufficiency of abstract.    Opinion filed December 31, 1925.

Templeman & Templeman, for appellant.    T. W. Hoopes, for appellee.

Mr. Justice Crow delivered the opinion of the court.